UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL ANTHONY ROBERTS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-468** |
| **WARDEN JOHNSON, ET AL.** | **SECTION "I" (4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Michael Anthony Roberts's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 30th day of July, 2020.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**